IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| APRIL AGEE, Et Al. | PLAINTIFFS |
| VS. | RECEIVED<br><br>CASE NO. 2:06-CV-268-KS-MTP |
| WAYNE FARMS LLC | DEFENDANT<br><br>APR − 9 2007<br><br>CLERK<br>U.S. DISTRICT COURT<br>MIDDLE DIST OF ALA.    2:07-CV-297-ID |

## ORDER TO SEVER AND TRANSFER ALABAMA PLAINTIFFS

This matter is before the Court on the unopposed motion of the Defendant, Wayne Farms

LLC to sever Alabama Plaintiffs whose claims arose in connection with their employment at a

Wayne Farms facility in Alabama and to transfer those Plaintiffs to the United States District Courts

for the Northern and the Middle Districts of Alabama, where some of the Alabama Plaintiffs in this

case, together with others, earlier filed substantially the same claims under the Fair Labor Standards

Act. Finding that the motion is well taken and should be granted, it is ordered and adjudged as

follows:

(1)    All eighty-four (84) Decatur, Alabama Plaintiffs are severed from this action and shall

be transferred to the Northeastern Division of the United States District Court for the Northern

District of Alabama, for possible consolidation there with James Bolden, Et Al. v. Wayne Farms

LLC, N.D. Ala. Civil Action 5:06-CV-2096-IPJ:

Pamela M. Allen;
Pratuangtip Bady;
Bessie M. Bailey;
Robert Lee Bates;
Cheryl Bolden;
Charles Brown;
Lorenza Byers;
Coy L. Campbell;
Latina Campbell;
Jerome Chapman;
Erica S. Clay;
Ronnes E. Cosby;

55968.1



Mary Elizabeth Dale;
Lillie P. Davis;
Concepcion DeSoto;
Hardwick Elliott;
Rose Fletcher;
Sharon Rose Foster;
Crystal Garth;
Lena Garth;
Michael Lynn Garth;
Francisco M. Garza;
Certic Kirk Gordan;
Audria M. Hampton;
Jacqueline Hampton;
Annie Hankins;
Rodreggus Jamel Harris;
Velvet A. Harris;
Shelia D. Harvel;
Stephne Hayley;
Chris Hood;
Willodean H. Howard;
Wynemia Johnson;
Ray Jones;
Ronnie Jones;
Sharon Jones;
Beatrice King;
Charlie Kirby;
Scherrie Mason;
Deron Lamar McClain;
Marcus McDay;
Angela Miller;
Damon B. Miller;
Shirley Moody;
Caroline Mullins;
Jennifer Arnett Nance;
Andres Ocampo;
Dishema L. Orr;
Doris Hopkins-Overton;
Pamela Owens;
Yasmine E. Owens;
John Patten;
Nettie Darlene Pearson;
Gloria Denise Pointer;
Theletha O. Pointer;
Jeffrey Porter;
Peronica Porter;
Jackie F. Prince;
Maria I. Rabadan;
David Alexander Ramirez;
Ramona Ramos;
Andres Rascual;
Diane Garner Ricks;
Birda Mae Robinson;
Robert Robinson;
Gloria Russell;

55968.1      2

Tonya S. Sanders;
Veronica H. Sears;
Rhonda Smith;
Alecia Soto;
Salvador Soto;
Veeta Swantae Steele;
Dorian Gaiter Sutherlin;
Meriam Yvett Thames;
Roy L. Thomas, Jr.;
Yesenia Torres;
George A. Vinson;
Marlowe Wade;
Milton Watkins;
Myrtle Wiggins;
Paula Patrice Wiggins;
Margert Wilkerson;
Tracy Williams;
Woozie Williams;

(2)    Both Albertville, Alabama plant Plaintiffs are severed from this action and shall be

transferred to the Middle Division of the United States District Court for the Northern District of

Alabama, for possible consolidation there with Jimmy Belue Et Al. v. Wayne Farms LLC, N.D. Ala.

Civil Action 4:06-CV-2095-RDP:

Robert Thomas Dunn;
Christin Edmonson;

(3) All seventeen (17) Enterprise, Alabama plant Plaintiffs are severed from this action and

shall be transferred to the Southern Division of the United States District Court for the Middle

District of Alabama, for possible consolidation there with Samuel Adams Et Al. v. Wayne Farms

LLC, M.D. Ala. Civil Action 1:06-CV-950-MEF:

Sonya P. Adams;
Sandra Barnes;
Jacqueline B. Blair;
Michael Dowell;
Brenda Gray;
Cornelia M. Henderson;
Pearl Irving;
Eddie D. Jackson;
Mebeline Kiser;
Mary Ann Martin;
Tessie Riley;
Eddie Thomas;
Temeca Thomas;
Bridgett Lynn Tyson;
Melissa Vaughn;
Clara Wheeler;

55968.1        3

Frances Williams;

(4) All 200 Union Springs, Alabama plant Plaintiffs are severed from this action and shall be transferred to the Northern Division of the Middle District of Alabama for possible consolidation there with Darren Anderson, Et Al. v. Wayne Farms LLC, M.D. Ala. Civil Action 2:06-CV-951-MEF:

    Amos Akings;
    Mary Ann Allums;
    Alberta K. Anderson;
    Darren Anderson;
    Cheryl Anthony;
    Edward O. Anthony;
    Edwin Anthony;
    Jimmy L. Anthony;
    Terrance Anthony;
    Timothy P. Anthony;
    Jessica Keria Baker;
    Jerry Tirone Baldwin;
    Kashebra Y. Baldwin;
    Bennie James Bandy;
    Henry Baskin;
    Kenith Ray Baskin;
    Jacqualine Bellomy;
    Marquez Biggers;
    Sharon M. Biggers;
    Juan Blue;
    Calvin Bolar;
    Chaudney L. Bowens;
    Arlene Bronson;
    Shirley Bronson;
    Angie L. Brown;
    Annie Bussey;
    Anita Calhoun;
    Tomecha O. Canty;
    Douglas James Chambliss;

    Larry T. Dawson;
    Tyrone Dawson;
    Dewayne Dickerson;
    Sharon Murphy Durham;
    Rudy Edwards;

Helen Ellis;
Teela Faniel;
Quinetta Feagin;
Johnny Fegans;
Bonnie J. Finch;
Annie Joyce Finney;
Pamela Williams-Finney;
Sharon D. Fitzpatrick;
Sonya M. Fitzpatrick;
Raymond F. Forte;
Willie Mae France;
Pamela Franklin;
Tasha Franklin;
Toretha Franklin;
Mark Gilliam;
Teresa Graves;
Develma Hall;
Tommy Hampton;
Angela Henry;
Carolyn Henry;
Quintana Nicole Henry;
Te'Angela Henry;
Nicklous Hill;
Rondarius Holmes;
Katrina L. Hooks;
Martha Moore Howard;
Peggy Howard;
Sandra Hunter;
Mary E. Ivey;
Susie Jackson;
Jessica Jenkins;
Sallie Ann Jernigan;
Shayla D. Jessie;
Beatrice Johnson;
Cassandra M. Johnson;
Charles Johnson;
Landon Johnson;
Leotis Johnson;
Recike Johnson;
Rosario Johnson;
Terrar S. Johnson;
Bryce Jones;
Kelvin Jones;
Michael Jones;
Shirlene Jones;
Treilis Jordan;
Christopher King;
Gloria King;
Jason T. King;
Shaleatha King;
Tiffany M. Pugh King;
Demarcus M. Kreis;
Aelesha Lee;
Emma J. (Thomas) Lee;

Moses Lee;
Royzell Lee;
Clinton James Lewis;
Regenia Long;
Hanson W. Mack;
Martavous Mahone;
James Martin;
Katrina Martin;
Willie J. McClain;
Santana McClendon;
Shamika McClendon;
Je'Norris McKinnes;
Veronica M. McClaney;
Felicia Mims;
Nancy C. Moore;
Shirley Moore;
Tommie Motley;
O.C. Murray;
James Nunley;
Willie Nelson;
Cassandra Nobles;
Larry T. Nobles;
Steven Nobles;
Augusta Oliver;
Marcus Oree;
Irvin L. Owens;
Billy Paige;
Charlie Parham, Sr.;
Kawanna Parham;
Darnell Parker;
Harvey Cornelius Parker;
Curtis Passmore;
Wallace Passmore;
Dianne Patterson;
Lashundra Pearson;
Jim H. Person;
Peggy L. Pitts;
Betty Tolliver Pritchett;
Shana Pruitt;
Betty Randolph;
Richette Holliday-Raybon;
Mary Dean Rayburn;
Gloria Roberson;
John R. Rodgers;
Christopher Rogers;
Albertha Rumph;
Jeffery Sanders;
Aggie Scott;
John Scott;
Mayola Shelley;
Lisa Smiley;
Charlotte Smith;
Dessie Smith;
Earnestine Smith;

Janekia Smith;
Lashonda Smith;
Linda Smith;
Mildred Smith;
Cruz Jason Sparks;
Cynthia Sparks;
Kimberlyn Denise Sparks;
Melvin L. Sparks;
Stacie Sparks;
Carlos Stanley;
Angela Marie Still;
Lanethia Still;
Jerry Streeter;
Mary Streeter;
Jacqueline Swanson;
Rosa Swanson;
Christopher Tarver;
Christopher D. Tarver;
Helen Tarver;
LaQuiona Tarver;
Sherry Tarver;
Johnnie R. Taylor;
Mary E. Thomas;
Richard Thomas;
Richard Daniel Thomas;

Alan L. Williamson;
Laurie A. Willis;
Christine Youngblood;
Latoya Youngblood.

In connection with this Order, the parties have agreed and the Court orders that, for Plaintiffs

who joined this action after its commencement, the applicable limitations period extends back from

the date of the filing of the Plaintiff's consent with this Court, rather than from the date of its filing

55968.1        7

with the court to which the Plaintiff is transferred by this Order.

SO ORDERED this the 22nd day of March, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

Approved:

s/ R. Pepper Crutcher, Jr.
R. Pepper Crutcher, Jr.
Balch & Bingham, LLP
401 E. Capitol Street, Suite 200
Jackson, MS 39201
(601) 965-8158

s/ Seth M. Hunter
Seth M. Hunter
404 Hemphill Street
Hattiesburg, MS 39401
(601) 450-8683

s/ Robert L. Salim
Robert L. Salim
1762 Texas Street
Natchitoches, LA 71457
(318) 352-5999

s/ William S. Hommel
William S. Hommel
1402 Rice Road, Suite 200
Tyler, TX 75703
(903) 596-7100

A TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK
BY:
DEPUTY CLERK

55968.1        8

CJRA-P, JURY, LEAD, MTP

## U.S. District Court
### Southern District of Mississippi (Hattiesburg)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00268-KS-MTP
### Internal Use Only

2: 07-CV-297-ID

Agee et al v. Wayne Farms, L.L.C. et al
Assigned to: District Judge Keith Starrett
Referred to: Magistrate Judge Michael T. Parker
Lead case: 2:06-cv-00268-KS-MTP
Member case:
  2:07-cv-00029-KS-MTP
Cause: 29:201 Fair Labor Standards Act

Date Filed: 12/13/2006
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**April Agee**                          represented by   **Seth M. Hunter**
Seth M. Hunter, Attorney &
Counselor at Law, PLLC
404 Hemphill Street
Hattiesburg, MS 39401
(601) 450-8682
Fax: (601) 450-8683
Email: sethmhunter@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**
ROBERT SALIM, ATTORNEY
1762 Texas Street
Natchitoches, LA 71457
US
318/352-5999
Fax: 318/352-5998
Email: robertsalim@cp-tel.net
*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
WILLIAM S. HOMMEL, JR., PC

1402 Rice Road, Suite 200

TRUE COPY, I HEREBY CERTIFY.
J. T. NOBLIN, CLERK

DEPUTY CLERK

HEREBY CERTIFY.
LIN, CLERK

CLERK

Tyler, TX 75703
US
903/596-7100
Fax: 903/596-7464
Email:
bhommel@hommelfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassillie Allen**                    represented by   **Seth M. Hunter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela M. Allen**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Anthony**                     represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 3 of 51

(See above for address)
*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrick L. Burber**                    represented by   **Seth M. Hunter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Wesley Barnett**              represented by   **Seth M. Hunter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula M. Bass**                        represented by   **Seth M. Hunter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Salim - PHV**
(See above for address)

*ATTORNEY TO BE NOTICED*

**William S. Hommel - PHV, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calvin Bolar**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Robert L. Salim - PHV**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William S. Hommel - PHV, Jr.**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Thomas Dunn**              represented by   **Seth M. Hunter**
*TERMINATED: 04/04/2007*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Robert L. Salim - PHV**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William S. Hommel - PHV, Jr.**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Hood**                      represented by   **Seth M. Hunter**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Robert L. Salim - PHV**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 5 of 51

William S. Hommel - PHV, Jr.
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pratuangtip Bady**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bessie M. Bailey**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Lee Bates**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Bolden**                       represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Brown**                       represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorenza Byer**                        represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coy L. Campbell**                     represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latina Campbell**                     represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                 (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Chapman**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica S. Clay**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnes E. Cosby**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Elizabeth Dale**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillie P. Davis**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Concepcion Desoto**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hardwick Elliott**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Fletcher**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Rose Foster**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Garth**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lena Garth**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lynn Garth**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Certic Kirk Gordan**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisco M. Graza**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audria M. Hampton**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Hampton**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Hankins**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Velvet A. Harris**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelia D. Harvel**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephne Hayley**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris Hopkins-Overton**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willodean H. Howard**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wynemia Johnson**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ray Jones**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie Jones**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Jones**

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betrice King**                         represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Charlie Kirby**                        represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Scherrie mason**                       represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Deron Lamar McClain**                  represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Marcus McDay**                         represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Angela Miller**                        represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Damon B. Miller**                      represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Shirley Moody**                        represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Plaintiff**

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 10 of 51

**Caroline Mullins**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Arnett Nance**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andres Ocampo**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dishema L. Orr**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Owens**

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yasmine E. Owens**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Patten**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nettie Darlene Pearson**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Denise Pointer**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theletha O. Pointer**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jeffrey Porter**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Peronica Porter**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jackie F. Prince**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Maria I. Rabadan**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**David Alexander Ramirez**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Ramona Ramos**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Andres Rascual**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Plaintiff**

**Diane Garner Ricks**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Birdie Mae Robinson**                    represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Robinson**                        represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Russell**                         represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya S. Sanders**                       represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica H. Sears**                      represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rhonda Smith**                           represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alecia Soto**                            represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veeta Swantae Steele**                   represented by    **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                      (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiff**

**Dorian Gaiter Sutherlin**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Merim Yvett Thames**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy L. Thomas, Jr.**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yesenia Torres**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George A. Vinson**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlowe Wade**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milton Watkins**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myrtle Wiggins**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Patrice Wiggins**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margert Wilkerson**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Williams**
*TERMINATED: 04/03/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonya P. Adams**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amos Aking**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Allums**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Anderson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Anthony**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Anthony**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmy L. Anthony**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrance Anthony**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy P. Anthony**                  represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Keria Baker**                 represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Tirone Baldwin**                represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kashebra Y. Baldwin**                 represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bennie James Bandy**                  represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Barnes**                       represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Baskin**                        represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Ray Baskin**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqualine Bellomy**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marquez Biggers**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon M. Biggers**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline B. Blair**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Blue**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaudney L. Bowens**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Bronson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Bronson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angie L. Brown**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Bussey**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Calhoun**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tomecha O. Canty**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas James Chambliss**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cornelias D. Clark**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Cobb**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Comer**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Cooper**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marquetta Cunningham**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley A. Cunningham**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin F. Curry, Jr.**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delores Davis**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kirby Davis**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Davis**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry T. Dawson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Dawson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dewayne Dickerson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Dowell**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Murphy Durham**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christin Edmonson**
*TERMINATED: 04/04/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rudy Edwards**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Gray**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cornelia M. Henderson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pearl Irving**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddie D. Jackson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 20 of 51

**Plaintiff**

**Mebeline Kiser**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Martin**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tessie Riley**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddie D. Thomas**

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Temeca Thomas**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridgett Lynn Tyson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Vaughn**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clara Wheeler**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Williams**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Ellis**                         represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teela Faniel**                        represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quinetta Feagin**                     represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Fegans**                       represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie J. Finch**                     represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Joyce Finney**                  represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon D. Fitzpatrick**               represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonya M. Fitzpatrick**                represented by  **Seth M. Hunter**
*TERMINATED: 04/05/2007*                                (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 22 of 51

**Raymond F. Forte**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Mae France**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Franklin**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**tasha Franklin**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toretha Franklin**

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Gilliam**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Graves**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Develma Hall**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommy Hampton**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Henry**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Henry**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quintana Nicole Henry**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Te'Angela Henry**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicklous Hill**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richette Holliday-Rayborn**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rondarius Holmes**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katrina L. Hooks**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Howard**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

Case 2:07-cv-00297-MEF-WC   Document 1-2   Filed 04/09/2007   Page 24 of 51

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Hunter**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary E. Ivey**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susie Jackson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Jenkins**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sallie Ann Jernigan**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shayla D. Jessie**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beatrice Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassandra M. Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Landon Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leotis Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Recike Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosario Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrar S. Johnson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryce Jones**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelvin Jones**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Jones**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirlene Jones**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Treilis Jordan**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher King**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria King**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason T. King**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaleatha King**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany M. Pugh King**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Damarcus M. Kreis**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aelesha Lee**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma J. (Thomas) Lee**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moses Lee**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Royzell Lee**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clinton James Lewis**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regenia Long**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hanson W. Mack**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martavous Mahone**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katrina Martin**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Case 2:07-cv-00297-MEF-WC   Document 1-2   Filed 04/09/2007   Page 28 of 51

**Willie J. McClain**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica M. McClaney**

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Santana McClendon**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shamika McClendon**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Je'Norris McKinnes**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Mims**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy C. Moore**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Moore**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommie Motley**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**O.C. Murray**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Nelson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassandra Nobles**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry T. Nobles**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Nobles**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Nunley**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Augusta Oliver**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcus Oree**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irvin L. Owens**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Billy Paige**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kawaana Parham**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darnell Parker**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harvey Cornelius Parker**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curtis Passmore**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wallace Passmore**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Patterson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lashundra Pearson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jim H. Person**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy L. Pitts**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Tolliver Pritchett**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shana Pruitt**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Randolph**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Dean Rayburn**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Roberson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Rogers**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albertha Rumph**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 32 of 51

**Plaintiff**

**Jeffery Sanders**                          represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Aggie Scott**                              represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**John Scott**                               represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mayola Shelley**                           represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lisa Smiley**                              represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Charlotte Smith**                          represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Dessie Smith**                             represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Earnestine Smith**                         represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Pamela Willliams-Finney**                  represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                            (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janekia Smith**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lashonda Smith**                   represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Linda Smith**                      represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Mildred Smith**                    represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Cruz Jason Sparks**                represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Cynthia Sparks**                   represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Kimberly Denise Sparks**           represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Melvin L. Sparks**                 represented by   **Seth M. Hunter**
*TERMINATED: 04/05/2007*                              (See above for address)
                                                      *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Stacie Sparks**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Stanley**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Marie Still**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lanethia Still**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Streeter**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Streeter**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Swanson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Swanson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Tarver**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher D. Tarver**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Tarver**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LaQuiona Tarver**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Tarver**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnnie R. Taylor**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary E. Thomas**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Thomas**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Daniel Thomas**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrance Thompkins**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Todd**                        represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Tony Tolliver**                       represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Chester L. Townsend**                 represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Eula Townsend**                       represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Hytasha Trabue**                      represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Jacqueline Turner**                   represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Betty Wallace**                       represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**Lavana Ward**                         represented by **Seth M. Hunter**
*TERMINATED: 04/05/2007*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

Linda Warmack
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terreance Warmack**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary J. Washington**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Washington**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kennetra Wheeler**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney White**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony O. Williams**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Callie M. Williams**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calvin Williams**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruby Jean Williams**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan L. Williamson**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie A. Willis**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Youngblood**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latoya Youngblood**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvador Soto**
*TERMINATED: 04/03/2007*

**Plaintiff**

**Scherrie mason**
*TERMINATED: 04/03/2007*

V.

**Petitioner**

**James Martin**
*TERMINATED: 04/05/2007*

represented by **Seth M. Hunter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Petitioner**

**John R. Rodgers**

represented by **Seth M. Hunter**

*TERMINATED: 04/05/2007*                               (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Wayne Farms, L.L.C.**                    represented by   **R. Pepper Crutcher, Jr.**
                                                            BALCH & BINGHAM, LLP
                                                            P. O. Box 22587
                                                            Jackson, MS 39225-2587
                                                            601/961-9900
                                                            Fax: 601/961-4466
                                                            Email: pcrutcher@balch.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


**Defendant**

**Continental Grain Company**              represented by   **R. Pepper Crutcher, Jr.**
*TERMINATED: 02/20/2007*                                    (See above for address)
*doing business as*                                         *LEAD ATTORNEY*
Wayne Farms, L.L.C.
*TERMINATED: 02/20/2007*


**Defendant**

**Woozie Williams**                        represented by   **Seth M. Hunter**
*TERMINATED: 04/03/2007*                                    (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Interested Party**

**Eulia Keyes**


| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2006 | ⊜1 | COMPLAINT (with jury demand) against Wayne Farms, L.L.C., Continental Grain Company ( Filing fee $ 350 receipt number H009662.), filed by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit)(ldr, ) (Entered: 12/13/2006) |
| 12/13/2006 | | ***Set Flags: Magistrate Judge Michael T. Parker, Jury Demand, CJRA-Pending (ldr, ) (Entered: 12/13/2006) |

| | | |
|---|---|---|
| 12/14/2006 | ◯ | Summons Issued as to Wayne Farms, L.L.C., Continental Grain Company. (akl, ) (Entered: 12/14/2006) |
| 12/19/2006 | ◯2 | NOTICE *of Filing Consents* by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Hunter, Seth) (Entered: 12/19/2006) |
| 12/19/2006 | ◯ | Joinder by Pratuangtip Bady, Bessie M. Bailey, Robert Lee Bates, Cheryl Bolden, Charles Brown, Lorenza Byer, Coy L. Campbell, Latina Campbell, Jerome Chapman, Erica S. Clay, Ronnes E. Cosby, Mary Elizabeth Dale, Lillie P. Davis, Concepcion Desoto, Hardwick Elliott, Rose Fletcher, Sharon Rose Foster, Crystal Garth, Lena Garth, Michael Lynn Garth, Certic Kirk Gordan, Francisco M. Graza, Audria M. Hampton, Jacqueline Hampton, Annie Hankins, Velvet A. Harris, Shelia D. Harvel, Stephne Hayley, Doris Hopkins-Overton, Willodean H. Howard, Wynemia Johnson, Ray Jones, Ronnie Jones, Sharon Jones, Betrice King, Charlie Kirby, Scherrie mason, Deron Lamar McClain, Marcus McDay, Angela Miller, Damon B. Miller, Shirley Moody, Caroline Mullins, Jennifer Arnett Nance, Andres Ocampo, Dishema L. Orr, Pamela Owens, Yasmine E. Owens, John Patten, Nettie Darlene Pearson, Gloria Denise Pointer, Theletha O. Pointer, Jeffrey Porter, Peronica Porter, Jackie F. Prince, Maria I. Rabadan, David Alexander Ramirez, Ramona Ramos, Andres Rascual, Diane Garner Ricks, Birdie Mae Robinson, Robert Robinson, Gloria Russell, Tonya S. Sanders, Veronica H. Sears, Rhonda Smith, Alecia Soto, Veeta Swantae Steele, Dorian Gaiter Sutherlin, Merim Yvett Thames, Roy L. Thomas, Jr, Yesenia Torres, George A. Vinson, Marlowe Wade, Milton Watkins, Myrtle Wiggins, Paula Patrice Wiggins, Margert Wilkerson, Tracy Williams, Woozie Williams to 1 Complaint, filed by Cheryl Anthony, April Agee, Cassillie Allen, Pamela M. Allen, Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood,. (akl, ) (Entered: 03/27/2007) |
| 12/19/2006 | ◯ | Joinder by Sonya P. Adams, Amos Aking, Mary Ann Allums, Darren Anderson, Edward Anthony, Edwin Anthony, Jimmy L. Anthony, Terrance Anthony, Timothy P. Anthony, Jessica |

| | | |
|---|---|---|
| | | Keria Baker, Jerry Tirone Baldwin, Kashebra Y. Baldwin, Bennie James Bandy, Sandra Barnes, Henry Baskin, Keith Ray Baskin, Jacqualine Bellomy, Marquez Biggers, Sharon M. Biggers, Jacqueline B. Blair, Juan Blue, Chaudney L. Bowens, Arlene Bronson, Shirley Bronson, Angie L. Brown, Annie Bussey, Anita Calhoun, Tomecha O. Canty, Douglas James Chambliss, Cornelias D. Clark, Derek Cobb, Teresa Comer, Jacqueline Cooper, Marquetta Cunningham, Shirley A. Cunningham, Benjamin F. Curry, Jr, Delores Davis, Kirby Davis, Timothy Davis, Larry T. Dawson, Tyrone Dawson, Dewayne Dickerson, Michael Dowell, Sharon Murphy Durham, Christin Edmonson, Rudy Edwards, Brenda Gray, Cornelia M. Henderson, Pearl Irving, Eddie D. Jackson, Mebeline Kiser, Mary Ann Martin, Tessie Riley, Eddie D. Thomas, Temeca Thomas, Bridgett Lynn Tyson, Melissa Vaughn, Clara Wheeler, Frances Williams to 1 Complaint, filed by Cheryl Anthony, April Agee, Cassillie Allen, Pamela M. Allen, Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar,, Robert Thomas Dunn, Chris Hood. (akl, ) (Entered: 03/27/2007) |
| 12/19/2006 | ◉ | Joinder by Helen Ellis, Teela Faniel, Quinetta Feagin, Johnny Fegans, Bonnie J. Finch, Annie Joyce Finney, Sharon D. Fitzpatrick, Sonya M. Fitzpatrick, Raymond F. Forte, Willie Mae France, Pamela Franklin, tasha Franklin, Toretha Franklin, Mark Gilliam, Teresa Graves, Develma Hall, Tommy Hampton, Angela Henry, Carolyn Henry, Quintana Nicole Henry, Te'Angela Henry, Nicklous Hill, Richette Holliday-Rayborn, Rondarius Holmes, Katrina L. Hooks, Peggy Howard, Sandra Hunter, Mary E. Ivey, Susie Jackson, Jessica Jenkins, Sallie Ann Jernigan, Shayla D. Jessie, Beatrice Johnson, Cassandra M. Johnson, Charles Johnson, Landon Johnson, Leotis Johnson, Recike Johnson, Rosario Johnson, Terrar S. Johnson, Bryce Jones, Kelvin Jones, Michael Jones, Shirlene Jones, Treilis Jordan, Christopher King, Gloria King, Jason T. King, Shaleatha King, Tiffany M. Pugh King, Damarcus M. Kreis, Aelesha Lee, Emma J. (Thomas) Lee, Moses Lee, Royzell Lee, Clinton James Lewis, Regenia Long, Hanson W. Mack, Martavous Mahone, James Martin, Katrina Martin, Willie J. McClain, Veronica M. McClaney, Santana McClendon, Shamika McClendon, Je'Norris McKinnes, Felicia Mims, Nancy C. Moore, Shirley Moore, Tommie Motley, O.C. Murray, Willie Nelson, Cassandra Nobles, Larry |

| | | |
|---|---|---|
| | | T. Nobles, Steven Nobles, James Nunley, Augusta Oliver, Marcus Oree, Irvin L. Owens, Billy Paige, Kawaana Parham, Darnell Parker, Harvey Cornelius Parker, Curtis Passmore, Wallace Passmore, Dianne Patterson, Lashundra Pearson, Jim H. Person, Peggy L. Pitts, Betty Tolliver Pritchett, Shana Pruitt, Betty Randolph, Mary Dean Rayburn, Gloria Roberson, John R. Rodgers, Christopher Rogers, Albertha Rumph, Jeffery Sanders, Aggie Scott, John Scott, Mayola Shelley, Lisa Smiley, Charlotte Smith, Dessie Smith, Earnestine Smith, Pamela Willliams-Finney to 1 Complaint, filed by Cheryl Anthony, April Agee, Cassillie Allen, Pamela M. Allen,, Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood,. (akl, ) (Entered: 03/28/2007) |
| 12/19/2006 | 🔘 | Joinder by Janekia Smith, Lashonda Smith, Linda Smith, Mildred Smith, Cruz Jason Sparks, Cynthia Sparks, Kimberly Denise Sparks, Melvin L. Sparks, Stacie Sparks, Carlos Stanley, Angela Marie Still, Lanethia Still, Jerry Streeter, Mary Streeter, Jacqueline Swanson, Rosa Swanson, Christopher Tarver, Christopher D. Tarver, Helen Tarver, LaQuiona Tarver, Sherry Tarver, Johnnie R. Taylor, Mary E. Thomas, Richard Thomas, Richard Daniel Thomas, Terrance Thompkins, Michael Todd, Tony Tolliver, Chester L. Townsend, Eula Townsend, Hytasha Trabue, Jacqueline Turner, Betty Wallace, Lavana Ward, Linda Warmack, Terreance Warmack, Mary J. Washington, Tyrone Washington, Kennetra Wheeler, Rodney White, Anthony O. Williams, Callie M. Williams, Calvin Williams, Ruby Jean Williams, Alan L. Williamson, Laurie A. Willis, Christine Youngblood, Latoya Youngblood to 1 Complaint, filed by Cheryl Anthony, April Agee,, Cassillie Allen, Pamela M. Allen,, Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood,. (akl, ) (Entered: 03/29/2007) |
| 12/19/2006 | | ***Party Salvador Soto, and Scherrie mason added. (akl, ) (Entered: 04/03/2007) |
| 12/22/2006 | 🔘3 | NOTICE of Filing Additional Consents by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Hunter, Seth) (Entered: |

|  |  | 12/22/2006) |
|---|---|---|
| 12/22/2006 | ●4 | NOTICE *of Filing Additional Consents* by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Hunter, Seth) (Entered: 12/22/2006) |
| 12/22/2006 | ●5 | NOTICE *of Filing Additional Consents* by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Hunter, Seth) (Entered: 12/22/2006) |
| 12/29/2006 | ●6 | SUMMONS Returned Executed by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. as to Continental Grain Company served on 12/18/2006, answer due 1/7/2007. (Hunter, Seth) (Entered: 12/29/2006) |
| 12/29/2006 | ●7 | SUMMONS Returned Executed by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. as to Wayne Farms, L.L.C. served on 12/18/2006, answer due 1/7/2007. (Hunter, Seth) (Entered: 12/29/2006) |
| 12/29/2006 | ●8 | NOTICE *of Filing Additional Consent* by Derrick L Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony (Attachments: # 1 Exhibit A)(Hunter, Seth) (Entered: 12/29/2006) |
| 01/08/2007 | ●9 | ANSWER to Complaint by Wayne Farms, L.L.C., Continental Grain Company.(Crutcher, R.) (Entered: 01/08/2007) |
| 01/10/2007 |  | ***Attorney R. Pepper Crutcher, Jr for Wayne Farms, L.L.C. added. (akl, ) (Entered: 01/10/2007) |
| 01/11/2007 | ●10 | MOTION for William S. Hommel, Jr. to Appear Pro Hac Vice by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (akl, ) |

| | | |
|---|---|---|
| | | (Entered: 01/11/2007) |
| 01/11/2007 | ◉ | Pro Hac Vice fee paid by (William S. Hommel, Jr.) $ 100, receipt number H009709 (akl, ) (Entered: 01/11/2007) |
| 01/12/2007 | ◉ | Remark: Chambers contacted the law office of William S. Hommel regarding motion 10 and requested certificate from the United States district court of the applicant's jurisdiction in accordance with Local Rule 83.1(A). (Wall, Mary Helen) (Entered: 01/12/2007) |
| 01/12/2007 | ◉11 | MOTION to Sever *and Transfer Alabama Plaintiffs* by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # 1 Exhibit 1a# 2 Exhibit 1a# 3 Exhibit 1b# 4 Exhibit 1c# 5 Exhibit 2# 6 Exhibit 2a# 7 Exhibit 3)(Crutcher, R.) (Entered: 01/12/2007) |
| 01/12/2007 | ◉12 | MOTION to Sever *and Transfer Alabama Plaintiff* by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # 1 Exhibit 3a# 2 Exhibit 4# 3 Exhibit 4a# 4 Exhibit 4b# 5 Exhibit 4c# 6 Exhibit 4d)(Crutcher, R.) (Entered: 01/12/2007) |
| 01/12/2007 | ◉13 | MOTION to Sever *and Transfer Alabama Plaintiffs* by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # 1 Exhibit 5# 2 Exhibit 6)(Crutcher, R.) (Entered: 01/12/2007) |
| 01/12/2007 | ◉14 | MEMORANDUM in Support re 11 MOTION to Sever *and Transfer Alabama Plaintiffs*, 13 MOTION to Sever *and Transfer Alabama Plaintiffs*, 12 MOTION to Sever *and Transfer Alabama Plaintiff* filed by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # 1 Appendix Thompson v. Ingalls Shipbuilding)(Crutcher, R.) (Entered: 01/12/2007) |
| 01/19/2007 | ◉ | DOCKET ANNOTATION as to #11,12,13,14. Attorney advised to docket motion to transfer and the memorandum in support of motion to transfer separately. (akl, ) (Entered: 01/19/2007) |
| 01/19/2007 | ◉15 | MOTION Transfer Alabama Plaintiffs by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 1a# 3 Exhibit Exhibit 1b# 4 Exhibit Exhibit 1c# 5 Exhibit Exhibit 2# 6 Exhibit Exhibit 2a# 7 Exhibit Exhibit 3)(Crutcher, R.) (Entered: 01/19/2007) |
| 01/19/2007 | ◉16 | MOTION to Transfer Alabama Plaintiffs by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 3a# <u>2</u> Exhibit Exhibit 4# <u>3</u> Exhibit Exhibit 4a# <u>4</u> Exhibit Exhibit 4b# <u>5</u> Exhibit Exhibit 4c# <u>6</u> Exhibit Exhibit 4d)(Crutcher, R.) (Entered: 01/19/2007) |
| 01/19/2007 | ◉<u>17</u> | MOTION to Transfer Alabama Plaintiffs by Wayne Farms, L.L.C., Continental Grain Company. (Attachments: # <u>1</u> Exhibit Exhibit 5# <u>2</u> Exhibit Exhibit 6)(Crutcher, R.) (Entered: 01/19/2007) |
| 01/24/2007 | ◉<u>18</u> | ATTACHMENT: Certificate of Good Standing re <u>10</u> MOTION for William S. Hommel, Jr. to Appear Pro Hac Vice by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (akl, ) (Entered: 01/24/2007) |
| 01/26/2007 | ◉<u>19</u> | *Amended* ANSWER to Complaint by Wayne Farms, L.L.C., Continental Grain Company.(Crutcher, R.) (Entered: 01/26/2007) |
| 01/30/2007 | ◉<u>20</u> | MOTION for Robert L. Salim to Appear Pro Hac Vice by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Hunter, Seth) (Entered: 01/30/2007) |
| 01/31/2007 | ◉<u>21</u> | ATTACHMENT: Certificate of Good Standing for Robert L. Salim by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (akl, ) (Entered: 01/31/2007) |
| 01/31/2007 | ◉ | Pro Hac Vice fee paid by (Robert L. Salim) $ 100, receipt number H009732 (akl, ) (Entered: 01/31/2007) |
| 02/01/2007 | ◉ | TEXT ONLY ORDER granting <u>10</u> Motion to Appear Pro Hac Vice, granting <u>20</u> Motion to Appear Pro Hac Vice. Signed by Judge Michael T. Parker on February 1, 2007. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THIS COURT. (Wall, Mary Helen) (Entered: 02/01/2007) |
| 02/02/2007 | | ***Attorney William S. Hommel - PHV, Jr for Derrick L. Burber and James Wesley Barnett, Robert L. Salim - PHV for Derrick L. Burber and James Wesley Barnett added. (akl, ) (Entered: 02/02/2007) |
| | | |

Case 2:07-cv-00297-MEF-WC    Document 1-2    Filed 04/09/2007    Page 46 of 51

| 02/15/2007 | ⊘22 | NOTICE of Appearance by William S. Hommel - PHV, Jr on behalf of April Agee (Hommel - PHV, William) (Entered: 02/15/2007) |
|---|---|---|
| 02/15/2007 | ⊘23 | STIPULATION of Dismissal *Without Prejudice as to Continental Grain Company only* by April Agee. (Hommel - PHV, William) (Entered: 02/15/2007) |
| 02/15/2007 | ⊘24 | MOTION to Consolidate Cases *with Keyes, Et Al. v. Wayne Farms LLC* by Wayne Farms, L.L.C., Continental Grain Company. (Crutcher, R.) (Entered: 02/15/2007) |
| 02/15/2007 | ⊘25 | MEMORANDUM in Support re 24 MOTION to Consolidate Cases *with Keyes, Et Al. v. Wayne Farms LLC* filed by Wayne Farms, L.L.C.. (Crutcher, R.) (Entered: 02/15/2007) |
| 02/16/2007 | ⊘ | DOCKET ANNOTATION as to #23. Attorney notified that Stipulation is not signed. (akl, ) (Entered: 02/16/2007) |
| 02/16/2007 | ⊘26 | STIPULATION of Dismissal *Without Prejudice as to Continental Grain Company only* by April Agee. (Hommel - PHV, William) (Entered: 02/16/2007) |
| 02/16/2007 | ⊘27 | NOTICE *of Endorsement* by Wayne Farms, L.L.C. re 26 Stipulation of Dismissal (Crutcher, R.) (Entered: 02/16/2007) |
| 02/20/2007 | | *** Party Continental Grain Company terminated. (akl, ) (Entered: 02/20/2007) |
| 02/21/2007 | ⊘28 | NOTICE to Take Deposition of Shirley Lindsey by Wayne Farms, L.L.C..(Crutcher, R.) (Entered: 02/21/2007) |
| 02/21/2007 | ⊘29 | NOTICE to Take Deposition of George Kelly by Wayne Farms, L.L.C..(Crutcher, R.) (Entered: 02/21/2007) |
| 02/26/2007 | ⊘30 | RESPONSE to Motion re 24 MOTION to Consolidate Cases *with Keyes, Et Al. v. Wayne Farms LLC* filed by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (Hommel - PHV, William) (Entered: 02/26/2007) |
| 02/28/2007 | ⊘31 | Corporate Disclosure Statement by Wayne Farms, L.L.C.. (Crutcher, R.) (Entered: 02/28/2007) |
| 03/02/2007 | ⊘32 | NOTICE to Take Deposition of Kathy Sykes by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie |

| | | |
|---|---|---|
| | | Allen, Pamela M. Allen, Cheryl Anthony.(Hunter, Seth) (Entered: 03/02/2007) |
| 03/05/2007 | 33 | TEXT ONLY ORDER TO SHOW CAUSE. On or before 3/9/2007, plaintiffs shall show cause why the court should not grant the defendants' motion to sever and transfer Alabama plaintiffs (docket entries 11 through 1) as unopposed. No further written order shall issue. Signed by Judge Michael T. Parker on March 5, 2007. (Parker, Michael) (Entered: 03/05/2007) |
| 03/09/2007 | 34 | NOTICE *of Plaintiffs' No Opposition* by April Agee re 11 MOTION to Sever *and Transfer Alabama Plaintiffs* (Hommel - PHV, William) (Entered: 03/09/2007) |
| 03/14/2007 | 35 | MEMORANDUM in Opposition re 24 MOTION to Consolidate Cases *with Keyes, Et Al. v. Wayne Farms LLC* filed by Eulia Keyes. (Espy, Mike) (Entered: 03/14/2007) |
| 03/14/2007 | 36 | Letter to counsel regarding entry of order. (kpm, ) (Entered: 03/14/2007) |
| 03/16/2007 | 37 | NOTICE to Take Deposition *Kathy Sykes* of Kathy Sykes by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony.(Hunter, Seth) (Entered: 03/16/2007) |
| 03/19/2007 | 38 | PROOF OF SERVICE OF SUBPOENA by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony *on Kathy Sykes-Deposition Subpoena* (Hunter, Seth) (Entered: 03/19/2007) |
| 03/20/2007 | 39 | REPLY to Response to Motion re 30 Response to Motion, *for Consolidation with Keyes Et Al. v. Wayne Farms LLC* filed by Wayne Farms, L.L.C.. (Crutcher, R.) (Entered: 03/20/2007) |
| 03/22/2007 | 40 | NOTICE *of Appointment of Agent for Service of Process of Kathy Sykes* by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony (Hunter, Seth) (Entered: 03/22/2007) |
| 03/23/2007 | 41 | NOTICE to Take Deposition *(Second Re-Notice)* of Kathy Sykes by Derrick L. Burber, James Wesley Barnett, Paula M. Bass, Calvin Bolar, Robert Thomas Dunn, Chris Hood, April |

| | | |
|---|---|---|
| | | Agee, Cassillie Allen, Pamela M. Allen, Cheryl Anthony. (Hunter, Seth) (Entered: 03/23/2007) |
| 03/23/2007 | ❹42 | ORDER granting 111213151617 Motions to Sever and Transfer Alabama Plaintiffs . Signed by Judge Keith Starrett on March 22, 2007. (Reeves, Donna) (Entered: 03/23/2007) |
| 03/23/2007 | ❹43 | NOTICE to Take Deposition of Shirley Lindsey by Wayne Farms, L.L.C..(Crutcher, R.) (Entered: 03/23/2007) |
| 04/02/2007 | ❹44 | ORDER granting 24 Motion to Consolidate Cases. Signed by Judge Michael T. Parker on April 2, 2007. (mhw) (Entered: 04/02/2007) |
| 04/03/2007 | ❹45 | Rule 16.1(A) Initial Order: Telephonic Case Management Conference set for 5/4/2007 9:30 AM before Magistrate Judge Michael T. Parker in Hattiesburg, MS. Counsel for the Agee plaintiffs is responsible for initiating the conference call and shall contact Judge Parker's chambers when counsel for the Keyes plaintiffs and defense counsel is connected (601.544.9100). Parties shall submit confidential settlement memoranda on or before 5/2/07.(kpm, ) (Entered: 04/03/2007) |
| 04/03/2007 | | ***Staff notes: An NEF for the Rule 16.1 Initial Order docketed in 2:06cv268 (Agee v Wayne Farms) was automatically generated for all counsel with the exception of Mike Espy, counsel for plaintiff in 2:07cv29 (Keyes v Wayne Farms) which is a member case pursuant to the Order consolidating these cases. A copy of the Rule 16.1 Initial Order was e-mailed to Mike Espy on 4/3/07. (kpm, ) (Entered: 04/03/2007) |
| 04/03/2007 | | ***Set Flags: Lead case (akl, ) (Entered: 04/03/2007) |
| 04/03/2007 | | *** Party Bessie M. Bailey; Robert Lee Bates; Cheryl Bolden; Charles Brown; Lorenza Byer; Coy L. Campbell; Latina Campbell; Jerome Chapman; Erica S. Clay; Ronnes E. Cosby; Mary Elizabeth Dale; Lillie P. Davis; Concepcion Desoto; Hardwick Elliott; Rose Fletcher; Sharon Rose Foster; Crystal Garth; Lena Garth; Michael Lynn Garth; Certic Kirk Gordan; Francisco M. Graza; Audria M. Hampton; Jacqueline Hampton; Annie Hankins; Velvet A. Harris; Shelia D. Harvel; Stephne Hayley; Doris Hopkins-Overton; Willodean H. Howard; Wynemia Johnson; Ray Jones; Ronnie Jones; Betrice King; Charlie Kirby; Deron Lamar McClain; Marcus McDay; Angela Miller; Damon B. Miller; Shirley Moody; Caroline |

| | | |
|---|---|---|
| | | Mullins; Jennifer Arnett Nance; Andres Ocampo; Dishema L. Orr; Yasmine E. Owens; John Patten; Nettie Darlene Pearson; Gloria Denise Pointer; Theletha O. Pointer; Jeffrey Porter; Peronica Porter; Jackie F. Prince; Maria I. Rabadan; David Alexander Ramirez; Ramona Ramos; Andres Rascual; Diane Garner Ricks; Birdie Mae Robinson; Robert Robinson; Gloria Russell; Tonya S. Sanders; Veronica H. Sears; Rhonda Smith; Alecia Soto; Veeta Swantae Steele; Dorian Gaiter Sutherlin; Merim Yvett Thames; Roy L. Thomas, Jr; Yesenia Torres; George A. Vinson; Marlowe Wade; Milton Watkins; Myrtle Wiggins; Paula Patrice Wiggins; Margert Wilkerson; Tracy Williams; Woozie Williams; Pamela M. Allen and Pratuangtip Bady terminated., Parties transferred to United States District Court, Northern District of Alabama, Northeastern Division. (akl, ) (Entered: 04/03/2007) |
| 04/03/2007 | 🌑 | Certified docket sheet, order and enitire file on CD sent to the United States District Court, Northern District of Alabama, Northeastern Division. (akl, ) (Entered: 04/03/2007) |
| 04/03/2007 | | *** Party Salvador Soto and Scherrie mason terminated and transferred (akl, ) (Entered: 04/03/2007) |
| 04/04/2007 | | *** Party Robert Thomas Dunn and Christin Edmonson terminated. (akl, ) (Entered: 04/04/2007) |
| 04/04/2007 | 🌑 | Robert Thomas Dunn and Christin Edmonson transferred to the United States District Court, Northern District of Alabama, Middle Division. Certified docket sheet, order and entire file on CD transferred. (akl, ) (Entered: 04/04/2007) |
| 04/05/2007 | | *** Party Jacqueline B. Blair; Michael Dowell; Brenda Gray; Cornelia M. Henderson; Pearl Irving; Eddie D. Jackson; Mebeline Kiser; Mary Ann Martin; Tessie Riley; Temeca Thomas; Bridgett Lynn Tyson; Melissa Vaughn; Clara Wheeler; Frances Williams; Sonya P. Adams and Sandra Barnes terminated., Plaintiffs transferred to the United States District Court, Middle District of Alabama, Southern Division. (akl, ) (Entered: 04/05/2007) |
| 04/05/2007 | 🌑 | Certified copy of the docket sheet, order and entire file on CD sent to the United States District Court, Middle District of Alabama, Southern Division. (akl, ) (Entered: 04/05/2007) |
| 04/05/2007 | | Parties transferred to the United States District Court, Middle District of Alabama, Northern Division, *** Party Darren |

Anderson; Cheryl Anthony; Edward Anthony; Edwin
Anthony; Jimmy L. Anthony; Terrance Anthony; Timothy P.
Anthony; Jessica Keria Baker; Jerry Tirone Baldwin; Kashebra
Y. Baldwin; Bennie James Bandy; Henry Baskin; Keith Ray
Baskin; Jacqualine Bellomy; Marquez Biggers; Sharon M.
Biggers; Juan Blue; Calvin Bolar; Chaudney L. Bowens;
Arlene Bronson; Shirley Bronson; Angie L. Brown; Annie
Bussey; Anita Calhoun; Tomecha O. Canty; Douglas James
Chambliss; Cornelias D. Clark; Derek Cobb; Teresa Comer;
Jacqueline Cooper; Marquetta Cunningham; Shirley A.
Cunningham; Benjamin F. Curry, Jr; Delores Davis; Kirby
Davis; Timothy Davis; Larry T. Dawson; Tyrone Dawson;
Dewayne Dickerson; Sharon Murphy Durham; Rudy Edwards;
Helen Ellis; Teela Faniel; Quinetta Feagin; Johnny Fegans;
Bonnie J. Finch; Annie Joyce Finney; Sharon D. Fitzpatrick;
Sonya M. Fitzpatrick; Raymond F. Forte; Willie Mae France;
Pamela Franklin; tasha Franklin; Mark Gilliam; Teresa Graves;
Develma Hall; Tommy Hampton; Angela Henry; Carolyn
Henry; Quintana Nicole Henry; Te'Angela Henry; Nicklous
Hill; Richette Holliday-Rayborn; Rondarius Holmes; Katrina
L. Hooks; Peggy Howard; Sandra Hunter; Mary E. Ivey; Susie
Jackson; Jessica Jenkins; Sallie Ann Jernigan; Shayla D.
Jessie; Beatrice Johnson; Cassandra M. Johnson; Charles
Johnson; Landon Johnson; Leotis Johnson; Recike Johnson;
Rosario Johnson; Terrar S. Johnson; Bryce Jones; Kelvin
Jones; Michael Jones; Shirlene Jones; Treilis Jordan;
Christopher King; Gloria King; Jason T. King; Shaleatha
King; Tiffany M. Pugh King; Damarcus M. Kreis; Aelesha
Lee; Emma J. (Thomas) Lee; Moses Lee; Royzell Lee; Clinton
James Lewis; Regenia Long; Hanson W. Mack; Martavous
Mahone; James Martin; Katrina Martin; Willie J. McClain;
Santana McClendon; Shamika McClendon; Je'Norris
McKinnes; Felicia Mims; Nancy C. Moore; Shirley Moore;
Tommie Motley; O.C. Murray; Willie Nelson; Cassandra
Nobles; Larry T. Nobles; Steven Nobles; James Nunley;
Augusta Oliver; Marcus Oree; Irvin L. Owens; Billy Paige;
Kawaana Parham; Darnell Parker; Harvey Cornelius Parker;
Curtis Passmore; Wallace Passmore; Dianne Patterson;
Lashundra Pearson; Jim H. Person; Peggy L. Pitts; Betty
Tolliver Pritchett; Shana Pruitt; Betty Randolph; Mary Dean
Rayburn; Gloria Roberson; John R. Rodgers; Christopher
Rogers; Albertha Rumph; Jeffery Sanders; Aggie Scott; John
Scott; Mayola Shelley; Lisa Smiley; Charlotte Smith; Dessie

| | | |
|---|---|---|
| | | Smith; Earnestine Smith; Janekia Smith; Lashonda Smith; Linda Smith; Mildred Smith; Cruz Jason Sparks; Cynthia Sparks; Kimberly Denise Sparks; Melvin L. Sparks; Stacie Sparks; Carlos Stanley; Angela Marie Still; Lanethia Still; Jerry Streeter; Mary Streeter; Jacqueline Swanson; Rosa Swanson; Christopher Tarver; Christopher D. Tarver; Helen Tarver; LaQuiona Tarver; Sherry Tarver; Johnnie R. Taylor; Mary E. Thomas; Richard Thomas; Richard Daniel Thomas; Terrance Thompkins; Michael Todd; Tony Tolliver; Chester L. Townsend; Eula Townsend; Hytasha Trabue; Jacqueline Turner; Betty Wallace; Lavana Ward; Linda Warmack; Terreance Warmack; Mary J. Washington; Tyrone Washington; Kennetra Wheeler; Rodney White; Anthony O. Williams; Callie M. Williams; Calvin Williams; Ruby Jean Williams; Alan L. Williamson; Laurie A. Willis; Pamela Willliams-Finney; Christine Youngblood; Latoya Youngblood; Amos Aking and Mary Ann Allums terminated. (akl, ) (Entered: 04/05/2007) |
| 04/05/2007 | ● | Certified copy of the docket sheet, order and entire file on CD sent to the United States District Court, Middle District of Alabama, Northern Division. (akl, ) (Entered: 04/05/2007) |