**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 12, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Akings et al v. Wayne Farms, LLC
      Civil Action No. 2:07cv00297-ID

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now **2:07cv00297-MHT**. This new case number should be used on all future correspondence and pleadings in this action.