IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMOS AKINGS, *et al.*,              ) | |
|     Plaintiffs,              ) | |
| v.                                              ) | CASE NO. 2:07-cv-297-MEF |
| WAYNE FARMS, LLC.,              ) | |
|     Defendant.              ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on May 15, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 25th day of April, 2007.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE