IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AMOS AKINGS, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 2:07-cv-297-MEF |
| | ) |
| **WAYNE FARMS, LLC,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice of his appearance as additional counsel for defendant:

>Dorman Walker (WAL086)
>Balch & Bingham LLP
>105 Tallapoosa Street, Suite 200
>Montgomery, AL  36104
>334-269-3138
>866-736-3854 (fax)
>dwalker@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on him at the address shown.

Respectfully submitted this 8th day of May, 2007.

>s/Dorman Walker
>One of counsel for defendant Wayne Farms, LLC

OF COUNSEL:
Dorman Walker (WAL086)
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
334/269-3138
866-736-3854 (fax)

180718.1

2

R. Pepper Crutcher
Balch & Bingham LLP
401 East Capitol Street
Suite 200
Jackson, MS  39201
601/961-9900
601/961-4466 (fax)

**CERTIFICATE OF SERVICE**

      I certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Seth M. Hunter
404 Hemphill Street
Hattiesburg, MS  39401

William S. Hommel, Jr., P.C.
3304 S. Broadway
Suite 100
Tyler, TX  75701

                                                                               s/Dorman Walker
                                                                               Of Counsel