IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

2007 MAY 10 A 10: 53

| | |
|---|---|
| Amos Akings ~~DARREN ANDERSON, et al., On behalf of themselves and All Others Similarly Situated~~ § § § § § § VS. § § § WAYNE FARMS, L.L.C., ~~CONTINENTAL GRAIN COMPANY d/b/a WAYNE FARMS, L.L.C.~~ § § § | CIVIL ACTION NO. ~~2:06-cv-00951-MEF-TFM~~ JURY DEMANDED 2:07cv297-MEF |

## *EX PARTE* MOTION TO ADMIT COUNSEL
## WILLIAM S. HOMMEL, JR. PRO HAC VICE

William S. Hommel, Jr., an attorney duly admitted to practice before this Court and serving as counsel of record in the captioned matter respectfully represents that:

1. Applicant, William S. Hommel, Jr., although ineligible to become a member of the bar of this Court, desires to be admitted *Pro Hac Vice* to practice before this Court in the above captioned litigation for the following Plaintiffs: Amos Akings; Mary Ann Allums; Alberta K. Anderson, Darren Anderson; Cheryl Anthony; Edward O. Anthony; Edwin Anthony; Jimmy L. Anthony; Terrance Anthony; Timothy P. Anthony; Jessica Keria Baker; Jerry Tirone Baldwin; Kashebra Y. Baldwin; Bennie James Bandy; Henry Baskin; Kenith Ray Baskin; Jacqualine Bellomy; Marquez Biggers; Sharon M. Biggers; Juan Blue; Calvin Bolar; Chaudney L. Bowens; Arlene Bronson; Shirley Bronson; Angie L. Brown; Annie Bussey; Anita Calhoun; Tomecha O. Canty; Douglas James Chambliss; Conrelias D. Clark; Derek Cobb; Teresa Comer; Jacqueline Cooper; Marquetta Cunningham; Shirley A. Cunningham; Benjamin F. Curry, Jr.; Delores Davis; Kirby Davis; Timothy Davis; Larry T. Dawson; Tyrone Dawson; Dewayne Dickerson; Sharon Murphy Durham; Ruby Edwards; Helen Ellis; Teela Faniel; Quinetta Feagin; Johnny

Fegans; Bonnie J. Finch; Annie Joyce Finney; Pamela Williams-Finney; Sharon D. Fitzpatrick; Sonya M. Fitzpatrick; Raymond F. Forte; Willie Mae France; Pamela Franklin; Tasha Franklin; Toretha Franklin; Mark Gilliam; Teresa Graves; Develma Hall; Tommy Hampton; Angela Henry; Carolyn Henry; Quintana Nicole Henry; Te' Angela Henry; Nocklous Hill; Rondarius Holmes; Katrina L. Hooks; Martha Moore Howard; Peggy Howard; Sandra Hunter; Mary E. Ivey; Susie Jackson; Jessica Jenkins; Sallie Ann Jernigan; Shayla D. Jessie; Beatrice Johnson; Cassandra M. Johnson; Charles Johnson; Landon Johnson; Leotis Johnson; Recike Johnson; Rosario Johnson; Terrar S. Johnson; Bryce Jones; Kelvin Jones; Michael Jones; Shirlene Jones; Treilis Jordan; Christopher King; Gloria King; Jason T. King; Shaleatha King; Tiffany M. Pugh King; Demarcus M. Kreis; Aelesha Lee; Emma J. (Thomas) Lee; Moses Lee; Royzell Lee; Clinton James Lewis; Regenia Long; Hanson W. Mack; Martavious Mahone; James Martin; Katrina Martin; Willie J. McClain; Santana McClendon; Shamika McClendon; Je' Norris McKinnes; Veronica M. McClaney; Felicia Mims; Nancy C. Moore; Shirley Moore; Tommie Motley; O. C. Murray; James Nunley; Willie Nelson; Cassandra Nobles; Larry T. Nobles; Steven Nobles; Augusta Oliver; Marcus Oree; Irvin L. Owens; Billy Paige; Charlie Parham, Sr.; Kawanna Parham; Darnell Parker; Harvey Cornelius Parker; Curtis Passmore; Wallace Passmore; Dianne Patterson; Lashundra Pearson; Jim H. Person; Peggy L. Pitts; Betty Tolliver Pritchett; Shana Pruitt; Betty Randolph; Richette Holliday-Raybon; Mary Dean Rayburn; Gloria Roberson; John R. Rodgers; Christopher Rogers; Albertha Rumph; Jeffery Sanders; Aggie Scott; John Scott; Mayola Shelley; Lisa Smiley; Charlotte Smith; Dessie Smith; Earnestine Smith; Janekia Smith; Lashonda Smith; Linda Smith; Mildred Smith; Cruz Jason Sparks; Cynthia Sparks; Kimberlyn Denise Sparks; Melvin L. Sparks; Stacie Sparks; Carlos Stanley; Angela Marie Still; Lanethia Still; Jerry Streeter; Mary Streeter; Jacqueline Swanson; Rosa Swanson;

Christopher Tarver; Christopher D. Tarver; Helen Tarver; LaQuiona Tarver; Sherry Tarver; Johnnie R. Taylor; Mary E. Thomas; Richard Thomas; Richard Daniel Thomas; Terrance Thompkins; Michael Todd; Tony Tolliver; Chester L. Townsend; Eula Townsend; Hytasha Trabue; Jacqueline Turner; Betty Wallace; Lavana Ward; Linda Warmack; Terrance Warmack; Mary J. Washington; Tyrone Washington; Kennetra Wheeler; Rodney White; Anthony Q. Williams; Callie M. Williams; Calvin Williams; Ruby Jean Williams; Alan L. Williamson; Laurie A. Willis; Christine Youngblood; Latoya Youngblood.

2.  Attached hereto as Exhibit A is a certificate from the U.S. District Court for the Eastern District of Texas, the Court of applicant's jurisdiction, which certificate shows that applicant has been admitted to practice before the U.S. District Court for the Eastern District of Texas and that he is in good standing in that Court.

3.  Further, attached hereto is a Declaration by Applicant stating that no disciplinary proceedings or criminal charges have been instituted against him along with an Oath stating that Applicant is familiar with and will abide by the governing Federal and Local Rules of procedure.

4.  William S. Hommel, Jr. now moves the Court to issue an Order allowing William S. Hommel, Jr. to be enrolled *Pro Hac Vice* as counsel of record in the captioned matter.

WHEREFORE, William S. Hommel, Jr. prays that after due consideration the Court grant this *Ex Parte* Motion to Admit Counsel, William S. Hommel, Jr., Pro Hac Vice and issue an Order allowing William S. Hommel, Jr. to be enrolled Pro Hac Vice as counsel of record in this matter and as co-counsel with Seth Hunter, who are admitted before this Honorable Court.

        Respectfully Submitted,

_____
William S. Hommel, Jr.
State Bar No. 09934250
WILLIAM S. HOMMEL, JR., P.C.
1402 Rice Road, Suite 200
Tyler, Texas 75703
903-596-7100
903-596-7464 Facsimile

*ATTORNEY FOR PLAINTIFFS*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure via electronic filing on this 9th day of May, 2007.

_____
William S. Hommel, Jr.



# UNITED STATES DISTRICT COURT
## Eastern District of Texas

*Certificate of Good Standing*

*I, David J. Maland, Clerk of this Court, certify that*

WILLIAM S. HOMMEL

*was duly admitted to practice in this Court on*

*June 17, 1987 , and is in good standing*

*as a member of the Bar of this Court.*

Dated at   Beaumont, Texas

on     April 17, 2007

_____
Clerk of Court

by _____
Deputy Clerk

## AFFIDAVIT

1. Applicant is admitted to practice in Texas on November 7, 1986.

2. Applicant is representing the following parties: Samuel Adams, et al

3. Applicant is in good standing and is otherwise eligible to practice law before this court.

4. Applicant is not currently suspended or disbarred in any other court

5. Applicant has not had an application for admission to practice before another court denied.

6. Applicant has not ever had the privilege to practice before another court suspended.

7. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the bar.

8. Applicant has no criminal charges pending in any state.

9. Applicant has been admitted to practice in the following courts:

    All courts, state and federal in Texas; U.S. Court of Appeals

10. Applicant has read and will comply with the Local Rules of the Eastern District of Alabama.

11. Applicant has included the requisite $50.00 fee.

12. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified in the Motion and Order.

I, William S. Hommel, Jr. do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

DATE  4-20-07

SIGNATURE  _[signature]_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION



Amos Akings
~~DARREN ANDERSON, et al., On behalf of themselves and All Others Similarly Situated~~ §
§
§
§
§
VS. § CIVIL ACTION NO. ~~2:06-cv-00951-MEF-TFM~~
§ JURY DEMANDED  2:07CV297-MEF
§
WAYNE FARMS, L.L.C., §
~~CONTINENTAL GRAIN COMPANY~~ §
~~d/b/a WAYNE FARMS, L.L.C.~~ §

**ORDER ADMITTING COUNSEL,
WILLIAM S. HOMMEL, JR., *PRO HAC VICE***

CONSIDERING THE FOREGOING EX PARTE MOTION TO ADMIT COUNSEL, WILLIAM S. HOMMEL, JR., PRO HAC VICE.

IT IS ORDERED that William S. Hommel, Jr., who has submitted a Certificate of Good Standing from the Clerk of the United State District Court of the State of Texas, a declaration of good standing and oath, be and is hereby admitted Pro Hac Vice to practice before this Court in the captioned matter and as co-counsel with Seth Hunter for the following Plaintiffs: Amos Akings; Mary Ann Allums; Alberta K. Anderson, Darren Anderson; Cheryl Anthony; Edward O. Anthony; Edwin Anthony; Jimmy L. Anthony; Terrance Anthony; Timothy P. Anthony; Jessica Keria Baker; Jerry Tirone Baldwin; Kashebra Y. Baldwin; Bennie James Bandy; Henry Baskin; Kenith Ray Baskin; Jacqualine Bellomy; Marquez Biggers; Sharon M. Biggers; Juan Blue; Calvin Bolar; Chaudney L. Bowens; Arlene Bronson; Shirley Bronson; Angie L. Brown; Annie Bussey; Anita Calhoun; Tomecha O. Canty; Douglas James Chambliss; Conrelias D. Clark; Derek Cobb; Teresa Comer; Jacqueline Cooper; Marquetta Cunningham; Shirley A.

Cunningham; Benjamin F. Curry, Jr.; Delores Davis; Kirby Davis; Timothy Davis; Larry T. Dawson; Tyrone Dawson; Dewayne Dickerson; Sharon Murphy Durham; Ruby Edwards; Helen Ellis; Teela Faniel; Quinetta Feagin; Johnny Fegans; Bonnie J. Finch; Annie Joyce Finney; Pamela Williams-Finney; Sharon D. Fitzpatrick; Sonya M. Fitzpatrick; Raymond F. Forte; Willie Mae France; Pamela Franklin; Tasha Franklin; Toretha Franklin; Mark Gilliam; Teresa Graves; Develma Hall; Tommy Hampton; Angela Henry; Carolyn Henry; Quintana Nicole Henry; Te' Angela Henry; Nocklous Hill; Rondarius Holmes; Katrina L. Hooks; Martha Moore Howard; Peggy Howard; Sandra Hunter; Mary E. Ivey; Susie Jackson; Jessica Jenkins; Sallie Ann Jernigan; Shayla D. Jessie; Beatrice Johnson; Cassandra M. Johnson; Charles Johnson; Landon Johnson; Leotis Johnson; Recike Johnson; Rosario Johnson; Terrar S. Johnson; Bryce Jones; Kelvin Jones; Michael Jones; Shirlene Jones; Treilis Jordan; Christopher King; Gloria King; Jason T. King; Shaleatha King; Tiffany M. Pugh King; Demarcus M. Kreis; Aelesha Lee; Emma J. (Thomas) Lee; Moses Lee; Royzell Lee; Clinton James Lewis; Regenia Long; Hanson W. Mack; Martavious Mahone; James Martin; Katrina Martin; Willie J. McClain; Santana McClendon; Shamika McClendon; Je' Norris McKinnes; Veronica M. McClaney; Felicia Mims; Nancy C. Moore; Shirley Moore; Tommie Motley; O. C. Murray; James Nunley; Willie Nelson; Cassandra Nobles; Larry T. Nobles; Steven Nobles; Augusta Oliver; Marcus Oree; Irvin L. Owens; Billy Paige; Charlie Parham, Sr.; Kawanna Parham; Darnell Parker; Harvey Cornelius Parker; Curtis Passmore; Wallace Passmore; Dianne Patterson; Lashundra Pearson; Jim H. Person; Peggy L. Pitts; Betty Tolliver Pritchett; Shana Pruitt; Betty Randolph; Richette Holliday-Raybon; Mary Dean Rayburn; Gloria Roberson; John R. Rodgers; Christopher Rogers; Albertha Rumph; Jeffery Sanders; Aggie Scott; John Scott; Mayola Shelley; Lisa Smiley; Charlotte Smith; Dessie Smith; Earnestine Smith; Janekia Smith; Lashonda Smith; Linda Smith; Mildred Smith;

Cruz Jason Sparks; Cynthia Sparks; Kimberlyn Denise Sparks; Melvin L. Sparks; Stacie Sparks; Carlos Stanley; Angela Marie Still; Lanethia Still; Jerry Streeter; Mary Streeter; Jacqueline Swanson; Rosa Swanson; Christopher Tarver; Christopher D. Tarver; Helen Tarver; LaQuiona Tarver; Sherry Tarver; Johnnie R. Taylor; Mary E. Thomas; Richard Thomas; Richard Daniel Thomas; Terrance Thompkins; Michael Todd; Tony Tolliver; Chester L. Townsend; Eula Townsend; Hytasha Trabue; Jacqueline Turner; Betty Wallace; Lavana Ward; Linda Warmack; Terrance Warmack; Mary J. Washington; Tyrone Washington; Kennetra Wheeler; Rodney White; Anthony Q. Williams; Callie M. Williams; Calvin Williams; Ruby Jean Williams; Alan L. Williamson; Laurie A. Willis; Christine Youngblood; Latoya Youngblood.

  Signed this _____ day of _____, 2007.


_____
PRESIDING JUDGE